THOMAS J. RICHARDSON #138104
Attorney at Law
2950 Mariposa, Suite 200
Fresno, California 93721
Tele: (559) 264-6481
Fax: (559) 264-0240

Attorney for Defendant
Felipe Álvarez

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA, FRESNO

*****

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 99-CR-05060-REC-8 |
| Plaintiff, | ORDER TO LEAVE COUNTRY |
| vs. | |
| FELIPE ALVAREZ, | |
| Defendant | |

UPON GOOD CAUSE BEING SHOWN it is hereby ordered that FELIPE ALVAREZ conditions of Probation shall be modified to allow him to travel to Michoacan, Mexico, to attend the surgery of his mother. Mr. Alvarez shall leave the country on May 3, 2006 and return on or before May 19, 2006. Upon immediate return of Mr. Alvarez to the United States, he shall notify his probation officer.

Dated: May 2, 2006

_____
Honorable Robert E. Coyle
U.S. District Court Judge

# Law Offices of
# Thomas J. Richardson & Associates

Thomas J. Richardson, Senior Counsel
Ian Heuston, Associate Counsel

**Telephone**
(559) 264-6481

2950 Mariposa Suite 200
Fresno, CA 93721

**Facsimile**
(559) 264-0240

May 2, 2006

**VIA FAX: (559) 494-3916**

Senior District Judge Robert E. Coyle
2500 Tulare St.
Fresno, CA 93721

Re: Felipe Alvarez
Case No. 1:99-CR-05060-REC-8

Dear Judge Coyle,

    Mr. Alvarez is currently on probation and residing in Washington. His grandmother who resides in Morelia Mexico was scheduled to under go cancer surgery. She had several heart attacks and is not expected to live. Mr. Alvarez would like to go to Mexico and see her. His probation officer David McCary says it's ok if he gets a letter from you authorizing out of the country travel. The Probation Officer's phone number is (509) 376-7467 currently in Washington Eastern District Court. Mr. Alvarez would like to leave for 5-6 days if you will authorize the travel.

    If so, fax a letter of approval and we will forward it to his probation officer or you can contact his probation officer and make other arrangements. However, you think it is best to proceed if you think he should proceed at all.

Sincerely,

Thomas J. Richardson
Attorney at Law

TJR/rcr