# UNITED STATES DISTRICT COURT
# FOR THE
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **United States of America** ) | |
| ) | |
| vs. ) | **Docket Number: 1:99CR05060-08 REC** |
| ) | |
| **FELIPE ALVAREZ** ) | |

On March 11, 2002, the above named was placed on supervised release for a term of 3 years, which commenced on June 8, 2005. Special conditions included a requirement that he submit to search and seizure, participate in a correctional treatment program to obtain assistance for drug or alcohol abuse, submit to drug testing, participate in a co-payment plan for treatment and testing, refrain from the use of alcohol, register as a drug offender, and refrain from the possession or use of a cellular phone or paging device.

The defendant has complied with all conditions and special conditions of supervision and has not been involved in any further criminal activities. Furthermore, it should be noted the defendant has been gainfully employed while on supervision and generally seems to have assimilated back into the community as a productive member of society since his release from the Bureau of Prisons. It is the opinion of the Probation Officer that he has derived the maximum benefit from supervision and is not in need of continued supervision.

Respectfully submitted,

/s/ Tim Mechem

**Tim Mechem**
**United States Probation Officer**


**Reviewed by:**    /s/ Bruce A. Vasquez
**Bruce A. Vasquez**
**Supervising United States Probation Officer**

It is ordered that the defendant be discharged from
probation and that the proceedings in the case be terminated.

IT IS SO ORDERED.

**Dated:  March 9, 2007**          /s/ Oliver W. Wanger
emm0d6                    UNITED STATES DISTRICT JUDGE